# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

————

No. 99-1904

UNITED STATES OF AMERICA,

Appellee,

v.

MICHAEL M. O'CONNELL,

Defendant, Appellant.

————

ERRATA SHEET

The opinion of this Court issued on June 12, 2001, is amended as follows:

On page 5, line 11, should read ". . . .   In conclusion, O'Connell's attorney stated: . . ."